1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| HELLS ANGELS MOTORCYCLE CORPORATION, | Case No.  2:13-CV-02242-WBS-DAD |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION REQUIRING COURT ORDER EXTENDING RESPONSIVE PLEADING DEADLINE OF DEFENDANT YOUNG JEEZY 8732 APPAREL, LTD. |
| vs. | |
| YOUNG JEEZY 8732 APPAREL, LTD., DILLARDS, INC., and DOES 1 through 20, | |
| Defendants. | |
| | Complaint Served: December 9, 2013<br>Current Response: January 13, 2014<br>New Response:     February 3, 2014 |
| | Complaint Filed:  October 27, 2013<br>Trial Date:           None Set |

YOU03-01:13cv2242 Hells Angels - Order for Stip for Ext of Time.docx:1-14-14 - 1 -

[PROPOSED] ORDER GRANTING STIPULATION REQUIRING COURT ORDER EXTENDING RESPONSIVE
PLEADING DEADLINE OF DEFENDANT YOUNG JEEZY 8732 APPAREL, LTD.

Having reviewed the Stipulation submitted by Plaintiff Hells Angels Motorcycle Corporation ("Plaintiff"), and Defendants Young Jeezy 8732 Apparel, Ltd. and Dillard's, Inc. ("Defendants"), requesting that Defendant Young Jeezy 8732 Apparel, Ltd.'s time to answer or otherwise respond to Plaintiff's First Amended Complaint be extended to February 3, 2014, and finding good cause therefore, and noting that the stipulation provides the Defendant one week additional time than the maximum 28 day extension provided by Local Rule 144(a), the Court grants the parties' stipulation.

Accordingly, Defendant Young Jeezy 8732 Apparel, Ltd. shall have until February 3, 2014 to file its responsive pleading.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE