Scott P. Shaw, Bar No. 223592
sshaw@calljensen.com
John T. Egley, Bar No. 232545
jegley@calljensen.com
Samuel G. Brooks, Bar No. 272107
sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants Young Jeezy 8732 Apparel, Ltd. and Dillard's, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>YOUNG JEEZY 8732 APPAREL, LTD., DILLARDS, INC., and DOES 1 through 20,<br><br>       Defendants. | Case No.  2:13-CV-02242-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint Filed:  October 27, 2013<br>Trial Date:           None Set |

YOU03-01:13cv2242 Hells Angels - Stip for Referral to VDRP:2-5-14      - 1 -

STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: February 5, 2014

CALL & JENSEN
A Professional Corporation
Scott P. Shaw
John T. Egley
Samuel G. Brooks

By: */s/ John T. Egley*
    John T. Egley

Attorneys for Defendants Young Jeezy 8732 Apparel, Ltd. and Dillard's, Inc.

Dated: February 5, 2014

FRITZ CLAPP
Fritz Clapp

By:  */s/ Fritz Clapp (as authorized on 2-3-14)*
     Fritz Clapp

Attorneys for Plaintiff Hells Angels Motorcycle Corporation

**IT IS SO ORDERED.  THIS MATTER IS REFERRED TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM.**

Dated: February 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

YOU03-01:13cv2242 Hells Angels - Stip for Referral to VDRP:2-5-14          - 2 -

STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Fritz Clapp, counsel for Plaintiff Hells Angels Motorcycle Corporation, and that I have obtained Mr. Clapp's authorization to affix his electronic signature to this document as reflected on the above signature line.

Dated: February 5, 2014

By: */s/ John T. Egley*
John T. Egley