# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **YOUNG JEEZY 8732 APPAREL, LLC, and DILLARD'S, INC.,** <br><br> Defendants. | Case No. 2:13−CV−02242−WBS−DAD <br><br> Hon. William B. Shubb <br><br> **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, the entire action shall be dismissed with prejudice, with each party to bear its own costs.

IT IS HEREBY ORDERED.

Dated: July 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE